■■■ PETER BELLANCA et al., Appellants, v GRAND ISLAND CENTRAL SCHOOL DISTRICT et al., Respondents. [753 NYS2d 802] —Appeal from an order of Supreme Court, Erie County (O'Donnell, J.), entered January 22, 2002, which, inter alia, granted defendants' motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, O'Donnell, J. Present—Green, J.P., Wisner, Scudder, Kehoe and Gorski, JJ.